UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

HERMAN TIMOTHY MUIR,

                Plaintiff,

v.

RANDEE REWERTS et al.,

                Defendants.

_____/

Case No. 1:24-cv-745

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**

for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED**

**WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over

such claims.


Dated:  __August 6, 2024_____        __/s/ Ray Kent_____
                                            Ray Kent
                                            United States Magistrate Judge